IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:11-cv-00685 |
| BUTTERBALL, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Defendant's Motion to Stay Defendant's Response to Complaint is ALLOWED; Defendant's obligation to answer, move, plead, or otherwise respond to the Complaint filed herein is STAYED pending Plaintiff U.S. Equal Opportunity Commission's execution and filing of the Consent Decree to which the parties have agreed.

SO ORDERED. This 4 day of April 2012.

JAMES C. DEVER III
Chief United States District Judge